# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RANDEE D. WILLIAMS, JR., | No. CV 16-2190-JAK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| C.E. DuCART, Warden, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: June 1, 2017

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE